UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JAMES KRUSELL,

    Plaintiff,

v.

    Case No.: 1:15-cv-1159

    HONORABLE PAUL L. MALONEY

SAM HUNT,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 72). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v), for failure to participate in discovery and for repeated violations of the Court's order.

Dated: August 14, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge