UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JAMES KRUSELL,

       Plaintiff,

                                 Case No. 1:15-cv-1159

v.

                                 HONORABLE PAUL L. MALONEY

SAM HUNT,

       Defendant,

_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendant on all

of plaintiff's claims for damages.


Date:   August 14, 2018                    _/s/ Paul L. Maloney_____
                                             Paul L. Maloney
                                             United States District